**FILED**

April 27, 2021

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

NANCY PHILLIPS,

Defendant.

Case No.  2:19-CR-00081-KJM-2

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  NANCY PHILLIPS ,

Case No.  2:19-CR-00081-KJM-2  Charge 21 USC § 846, 841(a)(1), from custody

for the following reasons:

_____    Release on Personal Recognizance

_____    Bail Posted in the Sum of $ _____

_____    Unsecured Appearance Bond $ _____

_____    Appearance Bond with 10% Deposit

_____    Appearance Bond with Surety

_____    Corporate Surety Bail Bond

    X        (Other):  The Defendant is released from the
Sacramento Mail Jail at 6:00 AM on April 30, 2021 to
the third-party custodian, Cynthia O'Rielly and pretrial
conditions as stated on the record.

Issued at Sacramento, California on April 27, 2021 at 2:00 PM.

By: _____

Magistrate Judge Allison Claire