UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY PHILLIPS,<br><br>    Defendant. | Case No. 2:19-CR-00081-KJM-2<br><br>**AMENDED ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  NANCY PHILLIPS ,

Case No.  2:19-CR-00081-KJM-2  Charge 21 USC § 846, 841(a)(1), from custody for the following reasons:

    \_\_\_\_ Release on Personal Recognizance

    \_\_\_\_ Bail Posted in the Sum of $\_\_\_\_

        \_\_\_\_ Unsecured Appearance Bond $\_\_\_\_

        \_\_\_\_ Appearance Bond with 10% Deposit

        \_\_\_\_ Appearance Bond with Surety

        \_\_\_\_ Corporate Surety Bail Bond

    **X** (Other):  The Defendant's temporary release is continued to 5:00 PM on 05/27/2021 with the third-party custodian Cynthia O'Reilly and pretrial conditions as stated on the record.

Issued at Sacramento, California on May 3, 2021 at 2:55 PM.

By: *Allison Claire*

Magistrate Judge Allison Claire