Etan Zaitsu [CA SBN 287106]
Attorney at Law

Zaitsu Law
331 J Street, Suite 200
Sacramento, CA 95814
(916) 542-0270
etan@zaitsulaw.com

Attorney for Defendant
NANCY PHILLIPS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>NANCY PHILLIPS,<br>　　　　　　　　Defendant. | Case No.: 2:19-CR-00081 KJM<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO FILE DEFENDANT'S "MAY 8 – MAY 15 MEDICAL RECORDS" UNDER SEAL** |

The defendant Nancy Phillips, by and through her counsel Etan Zaitsu, and the Government, by and through its counsel Jason Hitt, hereby stipulate and request that Phillips' medical records, covering appointments between May 8, 2021 – May 15, 2021, be filed under seal. The request is made to protect Phillips' medical privacy.

　　　　IT IS SO STIPULATED.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: May 27, 2021　　　　　　　　　　*/s/ Etan Zaitsu*
　　　　　　　　　　　　　　　　　　　　ETAN ZAITSU
　　　　　　　　　　　　　　　　　　　　For Defendant Nancy Phillips

1

**Stipulation and Order Regarding Request To Seal**

| | |
|---|---|
| Dated: May 27, 2021 | McGREGOR SCOTT<br>United States Attorney<br><br>/s/ Jason Hitt<br>JASON HITT<br>Assistant United States Attorney |

**[PROPOSED] ORDER**

The Court, having received and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation and orders Defendant's "May 8 – May 15 Medical Records" sealed until further order of the Court. The Court specifically finds that the document contains defendant's private medical information.

Dated: May 27, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

**Stipulation and Order Regarding Request To Seal**