UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
May 27, 2021
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY PHILLIPS,<br><br>    Defendant. | Case No. 2:19-CR-00081-KJM-2<br><br>**AMENDED ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>NANCY PHILLIPS</u>, Case No. <u>2:19-CR-00081-KJM-2</u> Charge <u>21 USC § 846, 841(a)(1)</u>, from custody for the following reasons:

\_\_\_\_\_    Release on Personal Recognizance

\_\_\_\_\_    Bail Posted in the Sum of $ _____

        \_\_\_\_\_    Unsecured Appearance Bond $ _____

        \_\_\_\_\_    Appearance Bond with 10% Deposit

        \_\_\_\_\_    Appearance Bond with Surety

        \_\_\_\_\_    Corporate Surety Bail Bond

**X**    (Other): <u>The Defendant temporarily release is continued to 2:00 PM on 07/13/2021 with the third-party custodian Cynthia O'Reilly and pretrial conditions as stated on the record.</u>

Issued at Sacramento, California on May 27, 2021 at 9:20 AM.

                                      By: *Allison Claire* (signature)

                                        Magistrate Judge Allison Claire