Etan Zaitsu [CA SBN 287106]
Attorney at Law

Zaitsu Law
331 J Street, Suite 200
Sacramento, CA 95814
(916) 542-0270
etan@zaitsulaw.com

Attorney for Defendant
NANCY PHILLIPS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> NANCY PHILLIPS, <br><br> Defendant. | Case No.: 2:19-CR-00081 KJM <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND SURRENDER DATE** |

## STIPULATION

Defendant Nancy Phillips by and through undersigned counsel, and Plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1. By previous order, a status conference regarding defendant's medical conditions and the Court's temporary release order was set for July 6, 2021 at 2PM. Her surrender date was set for July 13, 2021 at 2PM.
2. By this stipulation, the parties now move to continue the hearing to August 17, 2021 at 10:00AM, or soon thereafter as the Court may hear the matter, and her surrender date set to August 23, 2021 at 2pm.

**Stipulation and Order for Continuance of Status Conference and Surrender Date**

3. The parties agree and stipulate, and request that the Court find the following:

   a. Counsel for the defendant has provided the government with defendant's medical records covering the period since the last status hearing. The records show that the defendant continues to receive treatment, and is awaiting test results from the most recent round of medical tests taken. She has several upcoming medical appointments, that last of these of which is with her primary care physician on August 9, 2021.

   b. Counsel for defendant has also represented that defendant has a dental appointment scheduled on July 9, 2021 for a procedure consistent with the dental issues as discussed on the record at the last status hearing.

   c. A request to Pretrial Services to confirm defendant's compliance with conditions of release has been made.

   d. Contingent on defendant's compliance, and based on the foregoing information, the parties agree and request to continue this matter as set forth above.

IT IS SO STIPULATED

Dated: July 2, 2021
/s/ ETAN ZAITSU
ETAN ZAITSU
Attorney for Defendant
NANCY PHILLIPS

Dated: July 2, 2021
/s/ Jason Hitt
JASON HITT
Assistant United States Attorney

## [PROPOSED] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 2nd day of July, 2021.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Stipulation and Order for Continuance of Status Conference and Surrender Date