Etan Zaitsu [SBN 287106]
Attorney at Law

ZAITSU LAW
331 J Street, Suite 200
Sacramento, CA  95814
916.542.0270

Attorney for Defendant
NANCY PHILLIPS"

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>NANCY PHILLIPS,<br><br>                    Defendant. | Case No.: 2:19-CR-00081 KJM<br><br>[~~PROPOSED~~] ORDER |

**[~~PROPOSED~~] ORDER**

Pursuant to Local Rule 141 (b) and based upon the representation contained in the Defendant's Request to Seal, IT IS HEREBY ORDERED that the "Defendant's Status Report and Temporary Release Extension Request" and "Phillips Updated Medical Records as of August 16, 2021," shall be SEALED until further order of this Court.

It is further ordered that access to the sealed documents shall be limited to the counsel for the Defendant, the U.S. Attorney's Office, and Pretrial Services.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F .2d 1462 (9th Cir. 1990). The Court finds that,

for the reasons stated in the defendant's request, sealing the Defendant's documents serves a compelling interest.

DATE: August 16, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE