Etan Zaitsu [CA SBN 287106]
Attorney at Law

Zaitsu Law
331 J Street, Suite 200
Sacramento, CA  95814
(916) 542-0270
etan@zaitsulaw.com

Attorney for Defendant
NANCY PHILLIPS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>NANCY PHILLIPS,<br><br>　　　　　　　　Defendant. | Case No.: 2:19-CR-00081 KJM<br><br>**STIPULATION AND [~~PROPOSED~~]<br>ORDER TO CONTINUE STATUS<br>CONFERENCE AND SURRENDER<br>DATE** |

## STIPULATION

　　Defendant Nancy Phillips by and through undersigned counsel, and Plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1. By previous order, a status conference regarding defendant's medical conditions and the Court's temporary release order was set for August 17, 2021 at 10am. Her surrender date was set for August 24, 2021 at 2pm.

2. By this stipulation, the parties now move to extend defendant's temporary release order, and set a Status Conference hearing on November 15, 2021 at 2pm, or soon

1

**Stipulation and Order for Continuance of Status Conference and Surrender Date**

thereafter as the Court may hear the matter, and set her surrender date on November 22, 2021 at 2pm.

3. The parties agree and stipulate, and request that the Court find the following:

   a. Counsel for the defendant has provided the government with defendant's medical records covering the period since the continuance and extension (July 6, 2021). The records show that the defendant continues to receive treatment and is awaiting results from the most recent round of medical tests taken. A correction to a previous medical diagnosis was recently made, causing doctors to schedule new tests and create new treatment plans. Appointments continue to be scheduled, while the defendant continues to abide by her treatment plan.

   b. Counsel for defendant has also represented that defendant is receiving dental treatment which may take another 6-8 weeks to complete.

   c. A request to Pretrial Services to confirm defendant's compliance with conditions of release has been made.

   d. Contingent on defendant's compliance, and based on the foregoing information, the parties agree and request to continue this matter as set forth above.

IT IS SO STIPULATED

Dated:  August 16, 2021                    /s/ ETAN ZAITSU
                                           ETAN ZAITSU
                                           Attorney for Defendant
                                           NANCY PHILLIPS


Dated: August 16, 2021                     /s/ Jason Hitt
                                           JASON HITT
                                           Assistant United States Attorney

////

////

////

2

**Stipulation and Order for Continuance of Status Conference and Surrender Date**

**[PROPOSED] FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 17th day of August, 2021.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE