Etan Zaitsu [CA SBN 287106]
Attorney at Law

Zaitsu Law
331 J Street, Suite 200
Sacramento, CA 95814
(916) 542-0270
etan@zaitsulaw.com

Attorney for Defendant
NANCY PHILLIPS

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>NANCY PHILLIPS,<br><br>         Defendant. | Case No.: 2:19-CR-00081 KJM<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND SURRENDER DATE** |

### STIPULATION

Defendant Nancy Phillips by and through her undersigned counsel, and Plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1. By previous order, a status conference regarding defendant's medical conditions and the Court's temporary release order was set for November 15, 2021 at 2pm, with a surrender date set for November 22, 2021 at 2pm.

2. By this stipulation, the parties now move to extend defendant's temporary release order and set a Status Conference hearing on January 19, 2022 at 2pm with her surrender date on January 26, 2022 at 2pm.

1

**Stipulation and Order for Continuance of Status Conference and Surrender Date**

3. The parties agree and stipulate, and request that the Court find the following:

    a. Counsel for the defendant has provided the government with defendant's medical records covering the period since the previous continuance and extension on August 16, 2021 (filed under a request to seal with this stipulation). The records show that the defendant continues to be evaluated and receive treatments for her various medical conditions. Appointments with her doctors and other health care professionals are currently scheduled through December.

    b. Dental procedures and treatments are also scheduled through December.

    c. A request to Pretrial Services to confirm defendant's compliance with conditions of release has been made.

    d. Contingent on defendant's compliance, and based on the foregoing information, the parties agree and request to continue this matter as set forth above.

IT IS SO STIPULATED.

Dated: November 10, 2021      /s/ Etan Zaitsu
ETAN ZAITSU
Attorney for Defendant
NANCY PHILLIPS

Dated: November 10, 2021      /s/ Jason Hitt
JASON HITT
Assistant United States Attorney

### FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED

Dated: November 12, 2021

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE