Etan Zaitsu [CA SBN 287106]
Attorney at Law

Zaitsu Law
331 J Street, Suite 200
Sacramento, CA  95814
(916) 542-0270
etan@zaitsulaw.com

Attorney for Defendant
NANCY PHILLIPS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>     v.<br><br>NANCY PHILLIPS,<br><br>               Defendant. | Case No.: 2:19-CR-00081 KJM<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND SURRENDER DATE** |

## STIPULATION

Defendant Nancy Phillips by and through her undersigned counsel, and Plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1. By previous order, a status conference regarding defendant's medical conditions and the Court's temporary release order was set for January 19, 2022 at 2pm, with a surrender date set for January 26, 2022 at 2pm.

2. By this stipulation, the parties now move to extend defendant's temporary release order and set a Status Conference hearing on January 26, 2022 at 2pm with her surrender date on February 2, 2022 at 2pm.

1

**Stipulation and Order for Continuance of Status Conference and Surrender Date**

3. The parties agree and stipulate, and request that the Court find the following:

    a. The parties agree to move the status conference to January 26, 2022, which aligns with the Court's schedule.

    b. Counsel for defendant represents that defendant's medical updates are forthcoming

IT IS SO STIPULATED.

Dated:  January 13, 2022          /s/ Etan Zaitsu
                                            ETAN ZAITSU
                                            Attorney for Defendant
                                            NANCY PHILLIPS

Dated: January 13, 2022          /s/ Jason Hitt
                                            JASON HITT
                                            Assistant United States Attorney

### [PROPOSED] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated: January 14, 2022

                                            _____
                                            JEREMY D. PETERSON
                                            UNITED STATES MAGISTRATE JUDGE

**Stipulation and Order for Continuance of Status Conference and Surrender Date**