PHILLIP A. TALBERT
United States Attorney
JASON HITT
ROSS PEARSON
DAVID SPENCER
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>NANCY PHILLIPS,<br><br>  Defendant. | 2:19-CR-00081-KJM<br><br>PRELIMINARY ORDER OF FORFEITURE |

Based upon the guilty plea entered by defendant Nancy Phillips and the Stipulation and Application for a Preliminary Order of Forfeiture, it is hereby ORDERED, ADJUDGED and DECREED:

1.  Pursuant to 21 U.S.C. § 853(a), defendant Nancy Phillips' interest in the following property is hereby condemned and forfeited to the United States, to be disposed of according to law:

    a.  Real property located at 1084 Millet Way, Sacramento, California, Sacramento County, APN: 225-0655-020-0000.

2.  The above-listed property was used, or intended to be used, in any manner or part to commit or to facilitate the commission of a violation of 21 U.S.C. § 841(a)(1).

3.  Defendant Nancy Phillips shall have six months from the entry of this Preliminary Order of Forfeiture to sell the real property located at 1084 Millet Way, Sacramento, California, Sacramento County, APN: 225-0655-020-0000, and more fully described in Exhibit A attached hereto.  The government shall receive $100,000.00 from the net sale proceeds through escrow.  All right, title, and

interest in said funds shall be substituted for the real property and forfeited to the United States. Payment should be made in the form of a cashier's check made payable to the U.S. Marshals Service and sent to the U.S. Attorney's Office, Attn: Asset Forfeiture Unit, 501 I Street, Suite 10-100, Sacramento, CA 95814.  The remaining net sale proceeds shall be paid to defendant Nancy Phillips.

4.  If defendant Nancy Phillips is unable to sell the real property within six months from the entry of this Preliminary Order of Forfeiture, the sale of the real property shall be handled by the U.S. Marshals Service in a commercially reasonable manner once a Final Order of Forfeiture has been entered forfeiting the real property to the United States.  The U.S. Marshals Service shall have sole authority to select the means of sale, including sale by internet or through a licensed real estate broker, and shall have sole authority over the marketing and sale of the property.  Any and all personal possessions not removed within thirty days from the entry of the Final Order of Forfeiture will be disposed of by the United States without further notice and will be subtracted from the amount paid to Nancy Phillips.  Defendant Nancy Phillips agrees to sign an Occupancy Agreement if one is required by the U.S. Marshals Service.

5.  The United States agrees that upon entry of a Final Order of Forfeiture and sale of the real property pursuant to the Final Order of Forfeiture, the United States will not contest payment of any legitimate liens that were recorded prior to the United States recording its *Lis Pendens* on June 5, 2019 from the proceeds of the sale, after payment of outstanding real property taxes assessed against the property and expenses reasonably incurred by the U.S. Marshals Service (or their designee) to sell the property, the following:

   a.  To the United States, $100,000.00 of the net proceeds from the sale of the real property after the above disbursements, which shall be forfeited to the United States and disposed of as provided for by law.

   b.  To Nancy Phillips, the remaining net proceeds from the sale of the property after the above disbursements.

6.  The defendant waived oral pronouncement of forfeiture at the time of sentencing and any defects in such pronouncement that pertain to forfeiture and waived any defenses to forfeiture.

/////

7.	Pursuant to Rule 32.2(b)(3), the Attorney General (or a designee) shall be authorized to seize the above-listed property if it has not been sold within six months from the entry of this Preliminary Order of Forfeiture.  The aforementioned property shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

8.	a.	Pursuant to 21 U.S.C. § 853(n) and Local Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b.	This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

9.	If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant 21 U.S.C. § 853(a), in which all interests will be addressed.

SO ORDERED this 3rd day of November, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

**Exhibit A**

(Real property at 1084 Millet Way, Sacramento, California, Sacramento County)

s16THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF SACRAMENTO, COUNTY OF SACRAMENTO, STATE OF CALIFORNIA AND IS DESCRIBED AS FOLLOWS:

LOT 178 AS SHOWN ON THE AMENDED MAP OF "MEADOW WOOD UNIT NO 1" FILED IN BOOK 138 OF MAPS, MAP NO. 18, SACRAMENTO COUNTY RECORDS.

EXCEPTING THEREFROM ALL METALS, MINERALS, PETROLEUM, NATURAL GAS AND OTHER HYDROCARBON SUBSTANCES IN AND UNDER SAID LAND AND THAT WAY BE PRODUCED FROM A DEPTH BELOW 500 FEET BELOW THE SURFACE THEREOF, WITHOUT THE RIGHT OF ENTRY UPON THE SURFACE THEREOF.

APN: 225-0655-020-0000