Etan Zaitsu [SBN 287106]
Attorney at Law

ZAITSU LAW
331 J Street, Suite 200
Sacramento, CA 95814
916.542.0270

Attorney for Defendant
NANCY PHILLIPS"

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>NANCY PHILLIPS,<br><br>                Defendant. | Case No.: 2:19-CR-00081 KJM<br><br>[PROPOSED] ORDER |

[PROPOSED] ORDER

Pursuant to Local Rule 141 and the representations contained in the Defendant's Request to Seal, the court finds sealing the Defendant's documents serves a compelling interest. *EEOC v. Erection Co.*, 900 F.2d 168, 170 (9th Cir. 1990); *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178, 1186 (9th Cir. 2006). Therefore, IT IS HEREBY ORDERED that "Exhibit A, Phillips' Updated Medical Records" shall be SEALED with access limited to the Court, counsel for the Defendant, U.S. Attorney's Office, and U.S. Probation until further order of this Court.

[Proposed] Order

DATE: 10/23/23

_____
THE HONORABLE KIMBERLY J. MUELLER
UNITED STATES DISTRICT COURT JUDGE

[Proposed] Order